NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL HUCUL, | No. 18-55354 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-01531-JLS-DHB |
| v. | |
| COUNTY OF SAN DIEGO; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted June 11, 2019[**]

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

Michael Hucul appeals pro se from the district court's judgment dismissing

his action alleging a violation of the Right to Financial Privacy Act ("RFPA").  We

have jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal under

the *Rooker-Feldman* doctrine.  *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003).

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We affirm.

The district court properly dismissed Hucul's action as barred by the *Rooker-Feldman* doctrine because it is a de facto appeal of prior state court decisions and raises claims that are inextricably intertwined with state court decisions. *See id.* at 1163-65 (*Rooker-Feldman* doctrine bars de facto appeals of a state court decision and claims "inextricably intertwined" with the state court decision); *see also Reusser v. Wachovia Bank, N.A.*, 525 F.3d 855, 859 (9th Cir. 2008) (a de facto appeal is one in which "the adjudication of the federal claims would undercut the state ruling or require the district court to interpret the application of state laws or procedural rules" (citation and internal quotation marks omitted))

Appellee Griffin's motion to take judicial notice (Docket Entry No. 13) is denied.

**AFFIRMED.**

18-55354